AO 450 (GAS Rev. 6/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:





_____     _____
*Date*                                                      *Clerk*

                                                                     _____
                                                                     *(By) Deputy Clerk*